Wayne Meuleman, ISB #1419
Joe Meuleman, ISB #8029
Joseph F. Southers, ISB #9568
MEULEMAN LAW GROUP PLLC
950 West Bannock Street Suite 490
Boise, Idaho 83702
(208) 472-0066 Telephone
(208) 472-0067 Facsimile
wmeuleman@meulemanlaw.com
jmeuleman@meulemanlaw.com
jsouthers@meulemanlaw.com
I:\8335.007\PLD_USDC\TRO - Mtn.docx

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SBP LLLP, an Idaho limited liability limited partnership; JRS PROPERTIES III LP, an Idaho limited partnership; and J.R. SIMPLOT FOUNDATION, INC., an Idaho corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HOFFMAN CONSTRUCTION COMPANY OF AMERICA, an Oregon corporation,<br><br>Defendant. | Case No. 1:19-CV-00266<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## FRCP 65(B)(1) CERTIFICATION OF NOTICE

Counsel for Plaintiffs SBP LLLP, an Idaho limited liability limited partnership ("SBP"); JRS Properties III LP, an Idaho limited partnership ("Properties"); and J.R. Simplot Foundation, Inc., an Idaho corporation ("Foundation") (collectively, "Plaintiffs") certifies that, on December 17, 2019, he advised Douglas Oles and Alix Town of Oles Morrison Rinker & Baker, LLP via email of Plaintiffs' intent to pursue injunctive relief against Hoffman.

## MOTION

The Plaintiffs apply for an immediate temporary restraining order enjoining Hoffman and the American Arbitration Association from proceeding with the arbitration that Hoffman demanded on or about May 31, 2019.

In support of this Motion, Plaintiffs rely on the Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, the Declaration of Joe Meuleman in Support of Motion for Temporary Restraining Order and Preliminary Injunction filed concurrently herewith, and the records and files herein.

DATED this __18th__ day of December, 2019.

_____
Joe Meuleman, Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __18th__ day of December, 2019, a true and correct copy of the foregoing document was served by the method indicated below upon the following parties:

| | |
|---|---|
| Michael A. Maurer<br>LUKINS & ANNIS, P.S.<br>717 W. Sprague Ave., Ste. 1600<br>Spokane, WA 99201-0466<br>mmaurer@lukins.com | [ ] U.S. Mail<br>[ ] Hand Delivered<br>[ ] Facsimile<br>[ ] Overnight Mail<br>[ ] Electronic Mail<br>[✓] CM/ECF |
| Douglas S. Oles<br>Alix K. Town<br>OLES MORRISON RINKER & BAKER, LLP<br>701 Pike St., Ste. 1700<br>Seattle, WA 98101<br>oles@oles.com<br>town@oles.com | [ ] U.S. Mail<br>[ ] Hand Delivered<br>[ ] Facsimile<br>[ ] Overnight Mail<br>[ ] Electronic Mail<br>[✓] CM/ECF |

_____
Joe Meuleman